UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14002-CR-ROSENBERG/MAYNARD
18 U.S.C. § 1920

UNITED STATES OF AMERICA

v.

ROBERT BOGACZ,

Defendant.
_____/

FILED BY ___ D.C.
JAN 06 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### False Statement or Fraud to Obtain Federal Employees' Compensation
### (18 U.S.C. § 1920)

On or about April 16, 2019, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT BOGACZ,**

did knowingly and willfully falsify, conceal, and cover up a material fact, and make a materially false, fictitious, and fraudulent statement and representation, in connection with the application for and receipt of compensation or other benefit or payment in excess of $1,000 under the Federal Employees' Compensation Act, that is, the defendant stated on a CA-7 Claim for Compensation form that he had not worked outside his federal job during the period of April 1, 2019, through April 12, 2019, when in truth and in fact, and as the defendant then and there well knew, he worked

outside his federal job during that time period, in violation of Title 18, United States Code, Section 1920.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**ROBERT BOGACZ**

_____**Defendant.**_____/

CASE NO._____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami      ___ Key West
___ FTL         ___ WPB    ✓ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days       ✓                   Petty     ___
   II   6 to 10 days      ___                 Minor     ___
   III  11 to 20 days     ___                 Misdem.   ___
   IV   21 to 60 days     ___                 Felony    ✓
   V    61 days and over  ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached                                            REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

**PENALTY SHEET**

**Defendant's Name:   ROBERT BOGACZ**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Making False Statements to Obtain Federal Employees' Compensation Benefits | 18 U.S.C. § 1920 | 5 years' imprisonment<br>$250,000 fine<br>3 years of supervised release<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

UNITED STATES OF AMERICA

v.

ROBERT BOGACZ,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____

MICHAEL PORTER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:    772-466-0899
Fax:   772-466-1020
Email:   michael.porter2@usdoj.gov